THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE BLACKINTON COMPANY, Appellant, *v.* JAMES A. ROBERTS, Comptroller of the State of New York, Respondent.

*People ex rel. Blackinton Co.* v. *Roberts,* 4 App. Div. 388, affirmed.
(Argued December 14, 1896; decided January 19, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 2, 1896, which affirmed on certiorari a determination of the state comptroller in assessing a corporation tax upon relator for the year 1894.

*Charles Howard Williams* for appellant.

*T. E. Hancock* for respondent.

Order affirmed on opinion below, with costs.
All concur.

---

In the Matter of the Petition of EDWARD P. KAIN, Respondent, *v.* STEPHEN J. STILWELL, Appellant.

*In re Petition Kain* v. *Stilwell,* 6 App. Div. 610, affirmed.
(Argued December 14, 1896; decided January 19, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 2, 1896.

*Roger M. Sherman* for appellant.

Submitted for respondent.

Order affirmed, with costs ; no opinion.
All concur.